# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FIDELITY AND GUARANTY | * | |
| LIFE INSURANCE COMPANY, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| v. | * | CIVIL ACTION NO. |
| | * | |
| TAMMY GALLEGOS | * | |
| | * | CCB 02 CV 3769 |
| and | * | |
| | * | |
| SINGER ASSET FINANCE COMPANY | * | |
| LLC | * | |
| | * | |
| and | * | |
| | * | |
| UNITED STATES FIDELITY AND | * | |
| GUARANTY COMPANY | * | |
| | * | |
| DEFENDANTS | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of the Complaint for Interpleader and Motion for Interpleader,

Discharge, Injunction and Attorneys' Fees filed by Fidelity and Guaranty Life Insurance

Company ("F&G Life") and all related pleadings, it is this _21st_ day of _November_,

2002, by the United States District Court for the District of Maryland, ORDERED that:

1.    The above-captioned Defendants shall interplead and settle among themselves

their respective rights and claims to the payments to be paid pursuant to F&G Life Annuity

Policies Numbers I640934 and I641006 ("the Annuities") without further involvement by F&G

Life;

2.    Defendants are directed to plead and pursue their claims among themselves in



connection with their respective rights and claims to the Annuity payments without further involvement by F&G Life;

3.      Defendants shall file their answers or responsive pleadings to F&G Life's Complaint for Interpleader within 20 days of being served with the Complaint;

4.      Defendants, their agents, attorneys or representatives are hereby enjoined and restrained from instituting or prosecuting further any proceedings in any state or United States court against F&G Life or on account of the Annuities or payments due thereunder, including *J. G. Wentworth S.S.C. Limited Partnership v. Tammy Gallegos,* in the Philadelphia County Court of Common Pleas, June Term, 2002, No. 1872.

5.      Within 10 days from the date of this Order, F&G Life shall tender to the Clerk of Court all amounts currently due and owing pursuant to the Annuities and during the pendency of this Action, F&G Life shall tender future monthly payments for each Annuity to the Clerk of the Court as they become due and owing pursuant to the terms of the Annuities;

6.      F&G Life shall submit to the Court a Statement of its attorneys' and fees and expenses for consideration by the Court. To the extent permitted, such fees and costs shall be disbursed by the Clerk of the Court from the Annuity proceeds that F&G Life shall tender to the Clerk of Court pursuant to this Order;

7.      F&G Life hereby is discharged from further liability under either and both Annuities for all amounts paid into the Registry of the Court and for all previous payments made under either Annuity;

8.      F&G Life hereby is dismissed from this case with prejudice;

9.      Even though F&G Life is dismissed as a party, because F&G Life will distribute

funds based upon Orders of this Court, the Clerk is directed to leave counsel for F&G Life on the

Clerk's service list until further Court Order.

_____

United States District Judge