THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,** | * | |
| PLAINTIFF. | * | |
| v. | * | CIVIL ACTION NO. CCB-02-CV-3769 |
| **TAMMY GALLEGOS, et al.** | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, Fidelity and Guaranty Life Insurance Company ("F&G Life"), by Stephen H. Kaufman and Levin & Gann, P.A., its counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby dismisses Defendant, Singer Asset Finance Company, LLC, without prejudice, from the above-captioned action.

Respectfully submitted,

_____
Stephen H. Kaufman
Levin & Gann, P.A.
Nottingham Centre, 8th Floor
502 Washington Avenue
Towson, MD 21204
(410) 321-0600
Attorneys for Plaintiff

Approved
CCB
(USDJ)
11/27/02

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY on this _____ day of November, 2002 that a copy of the foregoing Notice of Dismissal Without Prejudice was mailed, postage prepaid to:

H. Mark Stichel, Esquire
Gohn, Hankey & Stichel, LLP
201 N. Charles Street, Suite 2101
Baltimore, MD 21201
Counsel for Defendant, United States Fidelity
& Guaranty Company

Price O. Gielen, Esquire
Neuberger Quinn Gielen Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202
Counsel for Defendant, Singer Asset Finance Company, LLC

Tammy Gallegos
P. O. Box 3061
Shallotte, NC 28459

              _____
              Stephen H. Kaufman

G:\Clients\Fidelity & Guaranty (12753)\Gallegos (76)\Pleadings\Notice of Dismissal (Singer).wpd